**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**WILKES-BARRE DIVISION**

| | |
|---|---|
| In Re:<br>Dominique Dubuisson<br><br>                  Debtor(s)<br>Djamenfuld Dubuisson<br>                  Co-Debtor(s) | Chapter 13<br><br>Case Number: 5:22-bk-01776-MJC |

## <u>WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY</u>

       Arvest Central Mortgage Company (hereinafter "Movant") by its undersigned counsel,
hereby withdraws the Motion for Relief from Stay filed on May 12, 2023, without prejudice.


 Date: June 1, 2023                       Respectfully Submitted,

                                  */s/ Daniel P. Jones*
                              Daniel P. Jones   FBN: 321876
                              Stern & Eisenberg, PC
                              1581 Main Street, Suite 200
                              The Shops at Valley Square
                              Warrington, PA 18976
                              Phone: (215) 572-8111
                              Fax: (215) 572-5025
                              djones@sterneisenberg.com
                              Attorney for Creditor

**File No.: PA201800001406**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Withdrawal of Motion for Relief from Automatic Stay was served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date to the following:

Date: June 1, 2023

Robert J Kidwell, III
712 Monroe Street
Stroudsburg, PA 18360
rkidwell@newmanwilliams.com
**Counsel for Debtor**

Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com
**Bankruptcy Trustee**

Asst. U.S. Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov
**US Trustee**

and by standard first-class mail postage prepaid to:

Dominique Dubuisson
3005 Allegheny Drive
Blakeslee, PA 18610
**Debtor(s)**

Djamenfuld Dubuisson
247 East 94 Street
Brooklyn, NY 11212

**Non Filing Co-Debtor**

By:

/s/ Daniel P. Jones
Daniel P. Jones, Bar No: 321876
Stern & Eisenberg, PC
djones@sterneisenberg.com
Counsel for Movant

File No.: PA201800001406

**File No.: PA201800001406**